UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE STOCKBRIDGE-MUNSEE COMMUNITY, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WISCONSIN,<br><br>and<br><br>SCOTT WALKER, in his official capacity as the Governor of Wisconsin,<br><br>and<br><br>THE HO-CHUNK NATION, a federally recognized Indian tribe,<br><br>Defendants. | **STOCKBRIDGE-MUNSEE COMMUNITY'S NOTICE OF APPEAL**<br><br>17-cv-249-jdp |

Notice is hereby given that Stockbridge-Munsee Community, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order (Doc. 67) entered on the 25th of October, 2017, the Opinion and Order (Doc. 88) entered on the 2nd day of February, 2018 and the final Judgment (Doc. 89) entered on the 6th day of February, 2018.

Dated: February 27, 2018          *s/ Scott D. Crowell*
                                  SCOTT D. CROWELL
                                  *pro hac vice*
                                  Crowell Law Office-

1

Tribal Advocacy Group
1487 W. State Route 89A, Ste. 8
Sedona, AZ 86336
Telephone: (425) 802-5369
Fax: (509) 235-5017
Email: scottcrowell@hotmail.com

Bryan Newland
*pro hac vice*
Fletcher, PLLC
909 Abbott Road, Suite F
East Lansing, MI 48823
Telephone: (517) 862-5570

Bridget Swanke
Wis. Bar No.: 1026157
Senior Counsel
Stockbridge-Munsee Community
P.O. Box 70, N8476 Moh He
Con Nuck Road, Bowler,
WI 54416
Telephone: (715) 793-4868

# CERTIFICATE OF SERVICE

I, Scott D. Crowell, hereby certify that on February 27, 2018, I caused the foregoing **Stockbridge-Munsee Community's Notice of Appeal** to be served upon counsel of record through the Court's electronic service system.

>s/ *Scott D. Crowell*
>Scott D. Crowell (admitted *pro hac vice*)