# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE STOCKBRIDGE-MUNSEE COMMUNITY, <br><br> Plaintiff, <br> v. <br><br> STATE OF WISCONSIN, SCOTT WALKER, and THE HO-CHUNK NATION <br><br> Defendants. | Case No. 17-cv-249 |

## DEFENDANT HO-CHUNK NATION'S
## NOTICE OF CROSS-APPEAL

Notice is hereby given that the Ho-Chunk Nation, Defendant in the above-entitled case, hereby cross-appeals to the United States Court of Appeals for the Seventh Circuit from those portions of: (1) the Order entered on October 25, 2017, (Doc. 67); (2) the Opinion and Order entered on February 2, 2018, (Doc. 88); and (3) the final Judgment entered on February 6, 2018, (Doc. 89), in which the Court found that it had jurisdiction over Plaintiff Stockbridge-Munsee Community's claims, pursuant to 25 U.S.C. § 2710(d)(7)(A).

Dated: March 13, 2017

Respectfully Submitted,

By: */s/ Lester J. Marston*
LESTER J. MARSTON
CA State Bar No. 081030
COOPER M. DEMARSE
AZ State Bar No. 030733
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Tel: (707) 462-6846
Fax: (707) 462-4235
Email: marston1@pacbell.net

1

By: */s/ Jeffrey A. McIntyre*
JEFFREY A. MCINTYRE
WI State Bar No. 1038304
HUSCH BLACKWELL LLP
33 E. Main Street, Suite 300
P.O. Box 1379
Madison, Wisconsin 53701-1379
Tel: (608) 255-4440
Fax: (608) 258-7138
Email: Jeffrey.McIntyre@huschblackwell.com